UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KARL W. SCHENKER,

Plaintiff,

v.

JAMES DZARENDA, et al.,

Defendants.

Case No. 3:26-cv-00552-ART-CSD

ORDER

## I. DISCUSSION

*Pro se* Plaintiff Karl W. Schenker has filed a motion to voluntarily dismiss this case, stating that he and the Defendants have resolved their issues. (ECF No. 5.)

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary judgement has been filed. Therefore, the Court grants the motion and dismisses this action without prejudice.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff's motion for voluntary dismissal (ECF No. 5) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

///

It is further ordered that Plaintiff's motion for appointment of counsel (ECF No. 1-3) is denied as moot.

DATED THIS 24th day of September 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE